BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 1:09-mj-00018 SMS |
| )  Plaintiff, ) | |
| ) | ORDER TO DISMISS |
| ) | (Fed. R. Crim. P. 48(a)) |
| v. ) | |
| ) | |
| PEDRO VICENTE AGUIRRE, ) | |
| ) | |
| Defendant. ) | |

This matter having come before the court pursuant to a written order to dismiss the complaint without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a);

IT IS ORDERED that the complaint be dismissed without prejudice as to this defendant and the warrant be hereby recalled.

IT IS SO ORDERED.

**Dated:   October 7, 2011**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

1